IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: ) | CHAPTER: | 13 |
| ) | CASE NO.: | 18-00069 |
| CHARLES MONROE DEMUMBREUM ) | JUDGE: | MASHBURN |
| SSN: XXX-XX-1002 ) | | |
| 3108 MEADOWSIDE LANE ) | | |
| NASHVILLE, TN 37207 ) | | |
|    Debtor. ) | | |
| ) | | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: FEBRUARY 19, 2019.**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: FEBRUARY 27, 2019, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.**

**NOTICE OF MOTION TO UTILIZE INSURANCE PROCEEDS, MODIFY PLAN, AND INCUR CREDIT**

Counsel for Debtor has asked the court for the following relief: utilize insurance proceeds, modify the plan to lower plan payments, and grant authorization to incur credit for a replacement vehicle.

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state that the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding is.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | | |
|---|---|---|
| Date: January 29, 2019 | Signature: | /s/ Jodie Thresher |
| | Name: | Jodie Thresher |
| | Address: | 1222 16th Avenue South, Suite 12 |
| | | Nashville, TN 37212-2926 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | CHAPTER: 13 |
| ) | CASE NO.: 18-00069 |
| CHARLES MONROE DEMUMBREUM ) | JUDGE: MASHBURN |
| SSN: XXX-XX-1002 ) | |
| 3108 MEADOWSIDE LANE ) | |
| NASHVILLE, TN 37207 ) | |
|    Debtor. ) | |
| ) | |

**MOTION TO UTILIZE INSURANCE PROCEEDS, MODIFY PLAN, AND INCUR CREDIT**

      COMES THE DEBTOR, through counsel, Rothschild and Ausbrooks, PLLC, and would move to utilize insurance proceeds, modify this plan to lower the monthly payments, and incur credit for a replacement vehicle and in support of this motion would state as follows:

      1)      Debtor moves for an order authorizing her to apply the insurance proceeds issued as a result of an automobile accident by State Farm Insurance in the amount of $9,153.88. Debtor further moves the Court to require the lien-holder on the destroyed vehicle, Insolve Auto Funding, to release its lien on the title and to remit same to State Farm Insurance in order to allow disposition of the salvage value in the destroyed 2013 Nissan Sentra.

      2)      State Farm insurance would remit $6,998.98 to the Chapter 13 Trustee to be earmarked for the claim of Insolve Auto Funding (ECF Claim #3). State Farm Insurance would remit the remaining $2,154.90, exempt under T.C.A. § 26-2-103, to the Debtor to be utilized in purchasing a replacement vehicle. This would satisfy the secured claim in full and Insolve Auto Funding would not require any additional funds to be distributed to them during the life of this plan.

      3)      The Debtor moves to have Insolve Auto Funding removed from the plan and the plan modified to lower the monthly payment to allow the Debtor funds to purchase a replacement vehicle.

      4)      As a result of such modification, the Debtor's plan payment would be reduced from $577.00 bi-weekly to $485.25 bi-weekly. The plan would complete over a life of approximately 44 months from confirmation paying general unsecured creditors 20%. The base would be reduced from $55,000.00 to $51,309.55 and the unsecured pool would be $0.00.

5) Debtor moves for authorization pursuant to 11 U.S.C. section 1305(c) to incur credit to finance a replacement vehicle with direct monthly payments of no more than $350.00 and a principal balance of no more that $15,000.00.

6) Debtor has attached an amended family budget in support of this motion which reflects any changes to income and expenses since the last budget was submitted.

7) Debtor attended the Trustee's Money Management Class on January 23, 2018.

Respectfully submitted,

*/s/ Jodie Thresher*
Jodie Thresher
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2019, I served a copy of the foregoing in the following manner:

***Email by Electronic Case Noticing to:***

Beth R. Derrick, Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

***By U.S. Postal Service, postage prepaid to:***

All parties-in-interest per the below amended matrix.

***By email to:***

State Farm Insurance at *statefarmclaims@statefarm.com*, claim # 42-6532-P57

*/s/ Jodie Thresher*
Jodie Thresher

 82  TOTAL USPS MAILINGS: $82.00 

**Accounts Receivable Mgmt Inc**
Attn: Officer Manager or Agent
PO Box 129

**Alarm Services Group**
Attn: Officer Manager or Agent
8602 Farmington Blvd STE 5

Thorofare NJ 08086-0129

**American InfoSource LP**
Attn: Officer Manager or Agent
PO Box 4457
Houston TX 77210-4457

**ARS National Services Inc**
Attn: Officer Manager or Agent
PO Box 463023
Escondido CA 92046-3023

**CAC Financial Corp**
Attn: Officer Manager or Agent
2601 NW Expressway #1000 E
Oklahoma City OK 73112-7236

**Caliber Home Loans**
Attn: Officer Manager or Agent
13801 Wireless Way
Oklahoma City OK 73134

**Capital One**
Attn: Officer
PO Box 30281
Salt Lake City UT 84130-0281

**Capital One Auto Finance**
Attn: Officer
P.O. Box 259407
Plano TX 75025

**Capital One Auto Finance, c/o AIS Portfolio Servic**
P.O. Box 4360
Houston, TX 77210

**Centennial Medical Center**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Citicards CBNA**
Attn: Officer
PO Box 6077
Sioux Falls SD 57117-6241

**Comcast**
Attn: Officer Manager or Agent
PO Box 105257
Atlanta GA 30348

**Credit Collection Services**
Attn: Officer Manager or Agent
Two Wells Avenue
Newton Center MA 02459-3246

Germantown TN 38139

**Anesthesia Medical Group**
Attn: Officer Manager or Agent
P.O. Box 637931
Cincinnati OH 45263

**Aspen National Collection Agency**
Attn: Officer Manager or Agent
P.O. Box 10689
Brooksville FL 34603

**CACH LLC**
Attn: Officer Manager or Agent
4340 S Monaco 2nd Fl
Denver CO 80237

**Capio Partners LLC**
Attn: Officer Manager or Agent
2222 Texoma Pkwy #150
Sherman TX 75090

**Capital One**
Attn: Officer
PO Box 30253
Salt Lake City UT 84130

**Capital One Auto Finance, a division of Capital On**
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Centennial Medical Center**
Attn: Officer Manager or Agent
P.O. Box 99400
Louisville KY 40269

**Chase**
Attn: Officer
PO Box 15298
Wilmington DE 19850-5298

**Claims Resource Services**
Attn: Officer Manager or Agent
603 Campbell Technology Parkway
Campbell CA 95008

**Comcast**
Attn: Officer Manager or Agent
PO Box 140400
Nashville TN 37214-0400

**Cunningham Motors Inc**
Attn: Officer Manager or Agent
404 S Main Street
Goodlettsville TN 37072-1715

**Directv**
Attn: Officer Manager or Agent
P.O. Box 78626
Phoenix AZ 85062

**Doverside Emergency Physicians PLLC**
Attn: Officer Manager or Agent
PO Box 37982
Philadelphia PA 19101-7982

**Enhanced Recovery Company LLC**
Attn: Officer Manager or Agent
PO Box 57610
Jacksonville FL 32241

**Fifth Third Bank**
Optimum Mastercard
P.O. Box 5222
Carol Stream IL 60197

**Fifth Third Bank**
Attn: Officer
5050 Kingsley Drive
Cincinnati OH 45227

**Financial Recovery Services**
Attn: Officer Manager or Agent
PO Box 385908
Minneapolis MN 55438-5908

**Fingerhut**
Attn: Officer Manager or Agent
PO Box 166
Newark NJ 07101

**Fingerhut/WebBank**
Attn: Officer
6250 Ridgewood Road
Saint Cloud MN 56303

**First National Collection Bureau Inc**
Attn: Officer Manager or Agent
610 Waltham Way
Sparks NV 89434

**First Step Group**
Attn: Officer Manager or Agent
6300 Shingle Creek Pkwy STE 220
Minneapolis MN 55430

**Fox Collection Center**
Attn: Officer Manager or Agent
PO Box 528
Goodlettsville TN 37070-0528

**GECRB/Sams**
Attn: Officer
PO Box 965005
Orlando FL 32896

**IC System Inc**
Attn: Officer Manager or Agent
PO Box 64437
Saint Paul MN 55164-0437

**Inland Bank**
% Susan Faulkner
736 Currey Road
Nashville TN 37217

**InSolve Auto Funding, LLC c/o Capital Recovery Gro**
PO Box 64090
Tucson, AZ 85728-4090

**Integrity Solution Services Inc**
Attn: Officer Manager or Agent
4370 W 109th Street #100
Leawood KS 66211

**Lowes**
Attn: Officer Manager or Agent
P.O. Box 530914
Atlanta GA 30353

**LTD Financial Services**
Attn: Officer Manager or Agent
7322 Southwest Fwy #1600
Houston TX 77074

**Medical Necessities & Services, LLC.**
1811 Charlotte Pike
Nashville, TN 37203

**Medical Necessities and Services**
Attn: Officer Manager or Agent
P.O. Box 189
Hohenwald TN 38462

**Nashville Electric Service**
Attn: Officer Manager or Agent
1214 Church St
Nashville TN 37246

**NCO Credit Services**
Attn: Officer Manager or Agent
507 Prudential Road
Horsham PA 19044

**NCO Financial**
PO Box 15630

**Northstar Location Services LLC**
Attn: Officer Manager or Agent

Wilmington DE 19850

4285 Genesee Street
Cheektowaga NY 14225-1943

**Payment America Systems**
Attn: Officer Manager or Agent
PO Box 24850
Nashville TN 37202-4850

**Pentagroup Financial LLC**
Attn: Officer Manager or Agent
5959 Corporate Dr #1400
Houston TX 77036

**Peritus Portfolio Services**
Attn: Officer Manager or Agent
PO Box 93991
Southlake TX 76092

**PERITUS PORTFOLIO SERVICES II / WOLLEMI**
PO BOX 141419
IRVING, TX 75014-1419

**Portfolio Recovery Assoc LLC**
Attn Officer Manager or Agent
PO Box 12914
Norfolk VA 23541

**Portfolio Recovery Associates**
Attn: Officer Manager or Agent
120 Corporate Blvd #100
Norfolk VA 23502

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

**Premiere Credit of North America For Radiology All**
P.O. Box 24850
Nashville, TN 37202

**Premiere Credit of North America LLC**
Attn: Officer Manager or Agent
PO Box 19309
Indianapolis IN 46219

**Premiere Credit of North America LLC**
Attn: Officer Manager or Agent
PO Box 24850
Nashville TN 37202-4850

**Professional Recovery Svcs**
Attn: Officer Manager or Agent
PO Box 1880
Voorhees NJ 08043

**Radiology Alliance PC**
Attn: Officer Manager or Agent
PO Box 79715
Baltimore MD 21279-0715

**Resurgent Capital Services**
Attn Officer Manager or Agent
PO Box 10587
Greenville SC 29603

**RJM Acquisitions LLC**
Attn: Officer Manager or Agent
575 Underhill Blvd #224
Syosset NY 11791-4437

**Roofing Company**
Information Not Provided

**Rushmore Loan Management Services LLC**
P.O. Box 55004
Irvine, CA 92619-2708

**Santander**
Attn: Officer Manager or Agent
P.O. Box 961245
Fort Worth TX 76161

**Skyline Medical Center**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Stellar Recovery Inc**
Attn: Officer Manager or Agent
1327 Hwy 2 W #100
Kalispell MT 59901

**SYNNCB/Electronic Express**
Attn Officer Manager or Agent
PO Box 965036
Orlando FL 32896

**SYNNCB/HHGregg**
Attn Officer Manager or Agent
PO Box 965036
Orlando FL 32896

**The CBE Group**
Attn: Officer Manager or Agent
PO Box 2547
Waterloo IA 50704

**The CBE Group**
Attn: Officer Manager or Agent
PO Box 2695
Waterloo IA 50704

**The CBE Group**
Attn: Officer Manager or Agent
1309 Technology Pkwy
Cedar Falls IA 50613

**The Frist Clinic Inc**
Attn: Officer Manager or Agent
3 Maryland Farms #250
Brentwood TN 37027-5053

**Titlemax - Bankruptcy Notices**
Attn: Officer Manager or Agent
15 Bull Street #200
Savannah GA 31401

**TitleMax of Tennessee, Inc. d/b/a TitleMax**
15 Bull Street, Suite 200
Savannah, GA 31401

**Unique National Collections**
Attn: Officer Manager or Agent
119 E Maple St
Jeffersonville IN 47130

**US Community Credit Union**
c/o Aubrie Johnston
P.O. Box 140570
Nashville, TN 37214

**US Courthouse Credit Union**
Attn: Officer Manager or Agent
P.O. Box 25047
Nashville TN 37202

**Vanderbilt Medical Group**
Attn: Officer Manager or Agent
Dept 1206 P.O. Box 121208
Dallas TX 75312

**Vanderbilt University**
Attn: Officer Manager or Agent
P.O. box 121171 Dept 1171
Dallas TX 75312